FILED 13 OCT '22 12:48 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

ALLIEANNA Charleyn MAHUERON
*(Enter full name of plaintiff)*

Plaintiff,

v.

B Cain Assistant Warden
777 Stanton Blvd
Ontario OR 97914

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 2:22-cv-01549-MC
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: ALLIEANNA CHARLEYN MAHUERON

Street Address: 777 STANTON BLVD

City, State & Zip Code: ONTARIO OR 97914

Telephone No.: 541-881-5000 ext 4984

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Farmer v Brennan, 511 US. 825. 836 (1994) Estelle v Gamble 429 U.S. 97-103 (1976) Bouchard v Magnusson 715 F Supp 1146. 1148 (D ME 1989) Miltier v. Beorn 896 F. 2d 848, 853 4th Cir 1990 doctor failed to perform test for cardiac disease in patient with symptoms that called for them

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On or about Sept of 19 2019 I was having heart failure. Test found a very invasive infection and admitted by Eddie Poisoning with [illegible] which caused a left mitro valve failure and replacement with [illegible] 7 week of [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] to keep [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] incarceration [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] for acting on the [illegible] of [illegible]

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

Medical Grievances and Discrimination Complaints [illegible] also some that were turned into list of [illegible] as stated [illegible] to [illegible] contacts [illegible] medical [illegible] records [illegible] inside [illegible] before constant [illegible]

**Claim III**

*State here as briefly as possible the* *facts* *of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ______ day of ______________________, 20___.

Alliehanna Charlejn mahueron
*(Signature of Plaintiff)*