Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _OREGON_

_Portland_ Division

| | | |
|---|---|---|
| _ALLIEANNA CHARLEYN MANNERON_ | ) | Case No. _2:22-CV-01549-MC_ |
| Plaintiff(s) | ) | _(to be filled in by the Clerk's Office)_ |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| –v– | ) | |
| _(See Attachment)_ | ) | |
| _J MILLER SUPERINTENDENT_ | ) | |
| Defendant(s) | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    ALLEANNA CHARLEYN MAHUERON

All other names by which

you have been known:

ID Number    SID# 21009232

Current Institution    SNAKE RIVER CORRECTIONAL INSTITUTION

Address    777 STANTON BLVD

ONTARIO          OR          97914
         *City*              *State*          *Zip Code*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    J. Woodland

Job or Title *(if known)*    ASSISTANT Super

Shield Number

Employer    OREGON DEPT. OF CORRECTIONS

Address    SRCI 777 STANTON BLVD

ONTARIO          OR          97914
         *City*              *State*          *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    HIEDI STEWARD  OREGON DEPT OF CORRECTIONS

Job or Title *(if known)*    DIRECTOR OF OPERATIONS (DOC HeadQuarters)

Shield Number

Employer    STATE OF OREGON GOVERNMENT

Address    3723 FAIRVIEW INDUSTRY DR SE Suit 200

SALEM          OR          97302
         *City*              *State*          *Zip Code*

☒ Individual capacity    ☒ Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                          ALLIEANNA CHARLEYN MANUERON

All other names by which
you have been known:          AKA CHARLES L Buford

ID Number                     21009232

Current Institution           SRCI

Address                       777 STANTON BIVD

ONTARIO                       OR              97914
City                          State           Zip Code

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                          LT RUSSLE
Job or Title *(if known)*     LT OVER AIC'S WITHIN INSTITUTION Gen pop.
Shield Number
Employer                      ODOC  SRCI
Address                       777 STANTON BIVD
ONTARIO                       OR              97914
City                          State           Zip Code
☒ Individual capacity  ☒ Official capacity

Defendant No. 2
Name                          SGT R. BROWN
Job or Title *(if known)*     SGT OVER AIC'S WITHIN General POP.
Shield Number
Employer                      ODOC  SRCI
Address                       777 STANTON BIVD
ONTARIO                       OR              97914
City                          State           Zip Code
☒ Individual capacity  ☒ Official capacity

Page 2 of 11

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                *SGT SHARP*
    Job or Title *(if known)*   *Gen population SGT*
    Shield Number
    Employer         *ODOC SRCI*
    Address          *777 STANTON BLVD*
                    *ONTARIO*       *OR*      *97914*
                    City           State      Zip Code
                  [X] Individual capacity    [X] Official capacity

Defendant No. 4
    Name                *SGT HOOD*
    Job or Title *(if known)*   *Sgt of General Population*
    Shield Number
    Employer         *ODOC SRCI*
    Address          *777 STANTON BLVD*
                    *ONTARIO*       *OR*      *97914*
                    City           State      Zip Code
                  [X] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[X] ~~Federal officials (a *Bivens* claim)~~

[X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by
*N/A* the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what
federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*1ST 4TH 8TH 11TH 14TH*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you
*N/A* are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal
officials?

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name                    CAPT KING
  Job or Title *(if known)*   CAPT. PREA CAPT
  Shield Number
  Employer                OREGON DEPT OF CORRECTIONS (DOME)
  Address                 OFFICE OF POPULATION MGMT. 2575 CENTER St
                          SALEM              OR        97301
                          *City*            *State*      *Zip Code*
                          [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name                    CAPT Clouser
  Job or Title *(if known)*   Manement of HOUSING Unit
  Shield Number
  Employer                OREGON DEPT OF CORRECTIONS
  Address                 2575 CENTER ST
                          SALEM              OR        97301
                          *City*            *State*      *Zip Code*
                          [X] Individual capacity   [X] Official capacity

SEE ATTACHED

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST, 4TH, 8TH, 11TH, 14TH   192.355(5)   291-210-0010: ODOC Policy
on TRansgender/INNERSEx AICS,

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SGT EXSNEY WITH DESChutes County SHERIFFS DEPT For my left Rotator Cuff Plus Failure To Protect over Gender al AICS in Custody Records for THIS ARE on file Video of Parking lot upon Dele Retrieval

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE DRS AND GRIEVANCES w/ MEDICAL RECORDS Kytes AND ATTACHED Records Copied

Page 4 of 11

Form 39.010

C.    What date and approximate time did the events giving rise to your claim(s) occur?

THESE ISSUES STARTED IN 2018 SEE DRs MEDICAL RECORDS

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE MEDICAL ISSUES WHERE SEEN BY ORLANDO Gintillini (AIC CENTRAL medical) 1) DRs FOR ASSAULTS AND SECURITY ISSUE include 2) DAVID CLINE Back/Neck ISSUES & Rays ON File SCRATCHES Bleeding Photos TAKEN, 8 months AFTER of 2nd HEART Jeremy Lisle SAME unilateral ATTACK SCRATCHES TBRUSING ORION MEARS unilATERAL ATTACK THESE Along with Safty ISSUES AND EKG

SEE GREAVENCES, TORTS, PRIOR 1983 Habeus Corpus For Authority and Condition

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. 1) XRAYS 2) BRUSING Bleeding 3) OPEN HEART, 4) EKG AFTER THE 2nd ATTACK (5) Lack of MEDICAL ATTENTION ON THE WKS BEFORE OPEN HEART SURGERY AND 30 TOTAL STAYS IN DSu ALSO TORTS WERE DENIghED TRIP TO ST ALFONZOS IN CALDWEL IDAho

COPY TORTS INCLOSED WITH MEDICAL RECORDS

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.    w/ Physical Pain, AND INJURIES

Punitive 2.5 million MENTAL and EMOTIONAL injuries w/ Physical Pain, AND INJURIES Compensatory what THE COURT Find apropriat both With all Fees and Costs. Plus AGSN For Break Down  MY Sex Reasignment Surgery Due TO DISCRimination. 4 Fights OVER GENDER or CHARGES with DISCRimination + 19 DSu Stay's For 2022 Alone TOTAL of 30 STAYS Medical Neglect ENDING WITH OPEN HEART SURGERY $300,000 FOR ALL 4 ATTACKS with 2,500,000 million For Heart Surgery 19 STAYS w/ LOSS of 189 Days Good Time RETURN ED Thru SRS put at TOP of LIST To Be done w/o Waiting And Release due to Filling of Aps For Lawsuit on   REFUSED TO EXPIDITE failing

**Form 39.010**

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Snake River Correctional Institution

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☒ Do not know

If yes, which claim(s)?

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? WITH ADA - GRIEVANCE CORDINATOR IN SNAKE RIVER Correctional institution

2.    What did you claim in your grievance?

Medical, STAFF PLS Discrimination

3.    What was the result, if any?

MOSTLY DENIGED (SEE INCLOSED)

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

MOST GRIEVANCES filed AT SRCI BY TRANSGENDERS OR LGBTIAQ Community FAIL ON DEAF EARS OR WE NEVER GET THEM RETURNED

See INCLOSED

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

  1.    If there are any reasons why you did not file a grievance, state them here:

  _MOSTLY DUE TO REPETIVENESS OF COMPLAINTS/RETALIATION_

  2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: _I INFORMED LT CANNON. LT HOUSTON LT.FRANKS. AND THERE Facial EXPRESSIONS WHERE LT GOOD ALSO CIO'S HAVE STOPPED OR Stolen MAIL IN RETALIATION ALSO AICS THAT ARE INCLUDED IN DTS THERE FRIENDS ARE RETALIATING WITH DAILY THREATS_

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _I FILED TORT CLAIMS AND ONLY 1 WAS ACCEPTED AND NOTED_

  _Check EXIBITS_

  *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII.  **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s) _____
        Defendant(s) _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

**Form 39.010**

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-23-23 / 2:03 pm

Signature of Plaintiff    _Allieanna Charleyn Mahueron_

Printed Name of Plaintiff    ALLIEANNA CHARLEYN MAHUERON

Prison Identification #    21809232

Prison Address    SRCI 777 STANTON BLVD

ONTARIO                         OR         97914
                    _City_                  _State_      _Zip Code_

### B.   For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

                    _____
                    _City_                  _State_      _Zip Code_

Telephone Number    _____

E-mail Address    _____

Form 39.010

## CERTIFICATE OF SERVICE

**CASE NAME:** _Allieannac Mahueron_ _____ v. _J. Miller_ _____

**CASE NUMBER:** (if known) _2:22-cv-01549-MC_ _____

COMES NOW, _Allieannac Mahueron_ _____, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at _SRCI_ _____
_Snake River Correctional Institution 777 Stanton Blvd Ontario OR 97914_

That on the _____ day of _____, 20____, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

_____

_____

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
(Signature)

Print Name_____
S.I.D. No.: _____

_____
_____
_____