1
2
3
4           IN THE CIRCUIT COURT OF THE STATE OF OREGON
5                FOR THE COUNTY OF MULTNOMHA
6
7   ALLIEANNA CHARLEYN MAHUERON,     )   Case No. 2:22-CV-01549-MC
         PLAINTIFF,                  )
8                                    )
    v.                               )
9   J. MILLER                        )   MOTION FOR EXTENSION
    SUPERINTENDENT                   )   OF TIME
10                                   )
                    DEFENDENT.       )
11                                   )   -- ORCP 15(D) --
                                     )
12  _____)

13       COMES NOW ALLIEANNA CHARLEYN MAHUERON, pursuant to ORCP 15(D) and

14  respectfully moves this court for an extension of time of  30  days in which to file his/her

15  AMENDED CIVIL RIGHTS COMPLAINT 1983.

16  From the 22 day of ~~JAN~~ FEB, 2023, to the 23 day of ~~FEBRUARY~~ MARCH, 2023 because:

17  DUE TO LACK OF ATTENTION OF TIME REQUESTED/REFUSAL OF STAFF TO SCHEDULE

18  INTERFERENCE WITH JUSTICE BY STAFF/AILS IN LAW 2

         Dated this 23 day of February, 2023.

19
                                        Respectfully Submitted,
20
                                        (Signature)
21                                      Print Name: ALLIEANNA CHARLEYN MAHUERON
                                        Sid # 21009232
22                                      SRCI 777 STANTON BLVD
                                        ONTARIO, OR 97914
23

24